IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
OKLAHOMA

UNITED STATES OF AMERICA,                    Plaintiff,

vs.                                               No. 18-CR-254-JED

CHRISTOPHER K. BALDWIN, et al,               Defendant.

**MOTION TO EXCUSE COUNSEL FROM APPEARANCE**

Comes now WARREN GOTCHER of the law firm of Gotcher and Beaver, and on behalf

of the Defendant, CHRISTOPHER K. BALDWIN, respectfully requests this Court to excuse said

lead counsel from an appearance at the hearing scheduled herein for the 29th day of April, 2019,

at 1:30 p.m., and in support of this Motion states:

1.      That lead counsel herein has a trip scheduled out of State the week of April 29,

        2019, said trip having been planned for several months.

2.      That Mark Fleming will be co- counsel and learned counsel  herein for the

        Defendant and will represent the interests Defendant, Christopher K. Baldwin.

WHEREFORE, Warren Gotcher requests that he be excused from his appearance at the

hearing herein scheduled for April 29, 2019.

**GOTCHER AND BEAVER**
323 East Carl Albert Parkway, P.O. Box 160
McAlester, Oklahoma 74502 918-423-0412


Attorneys for Defendant, CHRISTOPHER
K. BALDWIN


BY: s/Warren Gotcher


WARREN GOTCHER, OBA 3495
Warren@Gotcher-Beaver.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2019, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Dennis A. Fries AUSA

S\Warren Gotcher

WARREN GOTCHER