IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| vs. | No.18-CR-245-JED |
| CHRISTOPHER K. BALDWIN. | Defendant. |

**DEFENDANT, CHRISTOPHER K. BALDWIN'S ADOPTION OF CO-DEFENDANT'S RESPONSE TO MOTIONS FOR PROTECTIVE ORDER TO DISCLOSE DISCOVERY AND ALL 18 USC SECTION 3500 MATERIAL**

Comes now the Defendant, CHRISTOPHER BALDWIN, by and through his attorneys, Warren Gotcher, and herewith adopts the Defendant's Response to Motion For Protective Order to Disclose Discovery and All 18 USC Section 3500 Material filed by the Co-Defendant, Michael E. Clinton, as though the same were repeated in full herein.

**GOTCHER AND BEAVER**
323 East Carl Albert Parkway,
P.O. Box 160
McAlester, Oklahoma 74502
918-423-0412
Attorneys for Defendant, CHRISTOPHER K. BALDWIN
BY: s/Warren Gotcher
WARREN GOTCHER, OBA 3495
Warren@Gotcher-Beaver.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 23rd day of April, 2019, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

M. Scott Proctor AUSA

              S/Warren Gotcher
              WARREN GOTCHER